IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BEVERLY FERRARA, as Administrator of the Estate of FREDERICK J. ALBERTO, and BEVERLY FERRARA, as Surviving Daughter of FREDERICK J. ALBERTO,<br><br>Plaintiff,<br><br>v.<br><br>SSC AUSTELL OPERATING COMPANY, LLC d/b/a BRIAN CENTER NURSING CARE/AUSTELL,<br><br>Defendant. | Civil Action<br><br>File No. 1:11-CV-00782-MHS |

**STIPULATION OF DIMISSAL**

COMES NOW, Plaintiff in the above-styled action, with the consent of Defendant and shows the Court as follows:

The parties have reached a resolution to this matter and, therefore, desire to dismiss this action, with prejudice. Accordingly, pursuant to FRCP 41(a)(1)(A)(ii),

1

and to the extent necessary LR 41.1, all parties hereby **STIPULATE** to a

**DISMISSAL WITH PREJUDICE**.

This 27th day of June, 2012.

        WATKINS, LOURIE, ROLL & CHANCE, PC

        /s/ JOSEPH W. WATKINS
BY_____
        JOSEPH W. WATKINS
        Georgia Bar No. 740525

Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, Georgia, 30326
(404) 760-7400
(404) 760-7409 (fax)

        LAW OFFICES OF ANDREW E. GOLDNER, LLC

        /s/ ANDREW E. GOLDNER
BY_____
        ANDREW E. GOLDNER
        Georgia Bar No. 297329

950 East Paces Ferry Road
Suite 2110
Atlanta, GA 30326

(404) 869-1580
(404) 393-1099 (fax)

        *ATTORNEYS FOR PLAINTIFF*

                        DREW ECKL & FARNHAM, LLP

                        /s/ Barbara A. Marschalk
                        _____
                        Barbara A. Marschalk
                        Georgia Bar No. 324498

880 West Peachtree St. NW
Atlanta, GA 30309

(404) 885-6322
(404) 876-0992 (fax)

                        ***ATTORNEYS FOR DEFENDANT***

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for this Plaintiff hereby certifies that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 27th day of June, 2012.

LAW OFFICES OF ANDREW E. GOLDNER, LLC

BY: /s/ ANDREW E. GOLDNER
ANDREW E. GOLDNER
Georgia Bar No. 297329

950 East Paces Ferry Road
Suite 2110
Atlanta, GA 30326

(404) 869-1580
(404) 393-1099 (fax)

ATTORNEYS FOR PLAINTIFF